# DEFENDANT INFORMATION RELATIVE TO A CRIMINAL ACTION - IN U.S. DISTRICT COURT

BY: [X] COMPLAINT  [ ] INFORMATION  [ ] INDICTMENT  [ ] SUPERSEDING

**OFFENSE CHARGED**

18 U.S.C. § 922(g)(1) - possession of a firearm by a felon
18 U.S.C. § 922(g)(5) - possession of a firearm by an alien unlawfully present

[ ] Petty
[ ] Minor
[ ] Misdemeanor
[X] Felony

PENALTY:
Imprisonment: 10 years maximum
Fine: $250,000 maximum
Supervised Release: 3 years maximum
Special Assessment: $100 per count
Forfeiture

Name of District Court, and/or Judge/Magistrate Location
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND DIVISION

**DEFENDANT - U.S**
▶ CHEN SHEN

DISTRICT COURT NUMBER
4:25-mj-71116 MAG

FILED
Sep 10 2025
Mark B. Busby
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND

**PROCEEDING**

Name of Complaintant Agency, or Person (& Title, if any)
Homeland Security Investigations

[ ] person is awaiting trial in another Federal or State Court, give name of court

[ ] this person/proceeding is transferred from another district per (circle one) FRCrp 20, 21, or 40. Show District

[ ] this is a reprosecution of charges previously dismissed which were dismissed on motion of:
   [ ] U.S. ATTORNEY  [ ] DEFENSE

SHOW DOCKET NO.

[ ] this prosecution relates to a pending case involving this same defendant

MAGISTRATE CASE NO.

[ ] prior proceedings or appearance(s) before U.S. Magistrate regarding this defendant were recorded under

Name and Office of Person Furnishing Information on this form    CRAIG H. MISSAKIAN
[X] U.S. Attorney  [ ] Other U.S. Agency

Name of Assistant U.S. Attorney (if assigned)    DANIEL N. KASSABIAN

**DEFENDANT**

**IS NOT IN CUSTODY**
1) [ ] Has not been arrested, pending outcome this proceeding.
    If not detained give date any prior summons was served on above charges ▶ _____
2) [ ] Is a Fugitive
3) [ ] Is on Bail or Release from (show District) _____

**IS IN CUSTODY**
4) [ ] On this charge
5) [ ] On another conviction   [X] Federal  [ ] State
6) [X] Awaiting trial on other charges
    If answer to (6) is "Yes", show name of institution
    USDC-NDCA 3:25-cr-00259-WHO

Has detainer been filed?  [ ] Yes  [ ] No
If "Yes" give date filed _____

DATE OF ARREST ▶ Month/Day/Year  08/28/25

Or... if Arresting Agency & Warrant were not
DATE TRANSFERRED TO U.S. CUSTODY ▶ Month/Day/Year _____

[ ] This report amends AO 257 previously submitted

**ADDITIONAL INFORMATION OR COMMENTS**

PROCESS:
[ ] SUMMONS  [X] NO PROCESS*  [ ] WARRANT   Bail Amount: _____

If Summons, complete following:
[ ] Arraignment  [ ] Initial Appearance

Defendant Address:

* Where defendant previously apprehended on complaint, no new summons or warrant needed, since Magistrate has scheduled arraignment

Date/Time: _____  Before Judge: _____

Comments:

# UNITED STATES DISTRICT COURT
for the
Northern District of California

| United States of America | ) | |
|---|---|---|
| v. | ) | |
| | ) | Case No. 4:25-mj-71116 MAG |
| CHEN SHEN | ) | |
| | ) | |
| *Defendant(s)* | ) | |

**FILED**
Sep 10 2025
Mark B. Busby
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.
On or about the date(s) of August 28, 2025 in the county of Alameda in the Northern District of California, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 18 U.S.C. § 922(g)(1) | possession of a firearm by a felon (felony) |
| 18 U.S.C. § 922(g)(5) | possession of a firearm by an alien unlawfully present (felony) |

This criminal complaint is based on these facts:

See attached Affidavit in Support of Criminal Complaint by HSI SA Matthew Kolonoski

☑ Continued on the attached sheet.

Approved as to form  /s/
AUSA Daniel N. Kassabian

/s/
*Complainant's signature*

Matthew Kolonoski, HSI Special Agent
*Printed name and title*

Sworn to before me by telephone.

Date: 09/10/2025

*Judge's signature*

City and state: McKinleyville, California

Hon. Robert M. Illman, U.S. Magistrate Judge
*Printed name and title*

## AFFIDAVIT IN SUPPORT OF CRIMINAL COMPLAINT

I, Matthew Kolonoski, Special Agent with the United States Department of Homeland Security, Homeland Security Investigations, being duly sworn, hereby declare the following:

### PURPOSE OF AFFIDAVIT

1. I make this affidavit in support of a criminal complaint charging Chen SHEN, a 37-year-old male (date of birth: April 27, 1988), with being a felon in possession of a firearm, a violation of 18 U.S.C. § 922(g)(1) and being an alien unlawfully present in the United States in possession of a firearm, a violation of 18 U.S.C. § 922(g)(5), which collectively are the "Target Offenses," on or about August 28, 2025 in the Northern District of California

### INTRODUCTION

2. I am currently employed by the United States Department of Homeland Security, Homeland Security Investigations ("HSI"), as a Special Agent ("SA"). I have been so employed since March of 2017, and I am presently assigned to the Border Enforcement Security Task Force in Alameda, California.

3. I received 25 weeks of law enforcement training at the Federal Law Enforcement Training Center in Glynco, Georgia. The training curriculum covered all aspects of investigations including commercial fraud investigations, physical and electronic surveillance, interview techniques, undercover operations, financial investigations, money laundering techniques, smuggling and trafficking techniques, and the general operation of criminal organizations. This training included instruction in the investigation of federal offenses, including violations of the Target Offenses. Additionally, this training included comprehensive, formalized instruction in, but not limited to, financial investigations and money laundering; identification and seizure of criminally derived assets; undercover operations; and electronic and physical surveillance procedures.

4. During the course of my employment as an HSI SA, I have participated in several narcotics crime investigations as the primary case agent and in a supporting role. In addition, I have discussed with numerous law enforcement officers the methods and practices used by

smugglers, narcotics traffickers and subjects unlawfully in possession of firearms. Moreover, I have assisted in the execution of federal and state search and arrest warrants related to illegal activities involving narcotics trafficking organizations that resulted in the arrest of suspects and seizure of criminally derived proceeds.

5. As a result of my participation in these and other activities, I have gained particular knowledge in the use and utility of physical surveillance and the execution of federal and state search and arrest warrants. Additionally, I have spoken extensively with other experienced law enforcement officers about the methods of operation and security measures employed by narcotics trafficking and smuggling organizations.

6. The facts and information set forth in this Affidavit are based upon my personal knowledge obtained during this investigation, information provided to me by other law enforcement officers, my training and experience, and other documents/records obtained as a result of this investigation, which I believe to be reliable, I have personally participated in the investigation discussed in this Affidavit as a case agent and am familiar with the facts and circumstances of the investigation. My role in this investigation, combined with my training and experience, information I have learned from other HSI agents and other law enforcement agencies, my discussions with witnesses involved in the investigation, and my review of records and reports relating to the investigation form the basis for the opinions I set forth in this Affidavit.

7. Unless otherwise noted, wherever in this Affidavit I assert that a statement was made, the information was provided by another federal agent, law enforcement officer, or witness who may have had either direct or hearsay knowledge of that statement and to whom I or others have spoken, or whose reports I have read and reviewed. Such statements are among many statements made by others and are stated in substance and in part unless otherwise indicated. Because I am submitting this affidavit for the limited purpose of establishing probable cause, I have not included every fact known to me about this investigation. However, the information provided in this affidavit shows there is probable cause to believe that SHEN

2

committed the Target Offenses on or about August 28, 2025 in this District.

## APPLICABLE STATUTES

8.  18 U.S.C. § 922(g)(1) makes it a crime for any person to possess a firearm who has been convicted in any court of a crime punishable by imprisonment for a term exceeding one year.

9.  18 U.S.C. § 922(g)(5) makes it a crime for any person who, being an alien, is illegally or unlawfully in the United States and in possession of a firearm.

## FACTS SUPPORTING PROBABLE CAUSE

10. Chen SHEN is a citizen and national of China. According to HSI database records, which are reliable in per my training and experience, SHEN has been unlawfully present in the United States since June 22, 2019.

11. According to the criminal history record for SHEN which was obtained through the National Crime Information Center (NCIC) database and Alameda County Superior Court online records, SHEN was convicted of a violation of California Penal Code § 243(d), battery with serious bodily injury, a felony with a maximum penalty of 4 years in prison. In addition, I received records from SHEN's probation officer regarding that conviction, which show that SHEN was admonished upon that conviction that he could not lawfully possess firearms.

12. On August 28, 2025, federal agents executed Search Warrant no. 3:25-mj-71043-SK at SHEN's residence, which was Unit 308 in a condominium complex at 2358 Velocity Common in Fremont, CA. SHEN was present in Unit 308 and arrested there on that day.

13. Federal agents searched the enclosed vehicle garage area for Unit 308 at the condominium complex pursuant to Search Warrant no. 3:25-mj-71043-SK, where a 2021 Porsche Cayenne bearing California plate number 9NHA142 was parked. The Porsche was registered to Hsin WANG. Based on my investigation into CHEN's participation in a mail fraud and counterfeit trafficking scheme, as set forth in Indictment no. 3:25-00259-WHO, and my observations for CHEN and WANG during that investigation, I believe that WANG is CHEN's

girlfriend. More significantly, from at least July 9, 2025 through August 28, 2025, this Porsche was consistently witnessed by federal agents as being exclusively driven, controlled, and possessed by SHEN. During that time, WANG had been living in and around Oklahoma City, OK. According to U.S. Customs and Border Protection (CBP) import databases, WANG has been receiving parcels in Oklahoma City.

14. Starting in July 2025, WANG began receiving parcels which displayed her full name and phone number at a room in an Extended Stay hotel located at 4811 Northwest Expressway, Room 326, Oklahoma City, OK 73132. She imported a total of three parcels over a three week period which were declared as containing cosmetics and "enzymes". I contacted HSI Oklahoma City to request a check of the Extended Stay for further information. The front desk staff at the Extended Stay reported the room was occupied by two (2) Asian females who paid the hotel bill month by month in cash. They were reported to sleep during the day and were gone all night. They usually returned to the room between 0400-0500 hours each day and did not appear to have a vehicle but had been witnessed as being dropped off by a male adult.

15. Starting in August of 2025, WANG imported 2 parcels that displayed her full name and phone number which contained clothing and "enzymes" to the address 2205 NW 193rd Street, Edmond, OK 73012. The last parcel was received on August 14, 2025.

16. On August 28, 2025, agents searched the Porsche, as authorized by Search Warrant no. 3:25-mj-71043 SK. They opened the rear cargo hatch of the Porsche and immediately discovered a black-colored semiautomatic handgun with a magazine inserted into the firearm which was later discovered to contain ammunition. The handgun was identified as a Springfield Armory model XD-9 bearing serial number US358926. The firearm was then seized pursuant to Search Warrant no. 3:25-mj-71069 SK, which was obtained after the discovery of the firearm.

## CONCLUSION

17. For all the reasons described above, I submit there is probable cause to believe that, on or about August 28, 2025, SHEN was found to be in violation of the Target Offenses.

Therefore, I request that the court issue an arrest warrant for SHEN.

18. I declare under penalty of perjury that the statements in this affidavit are true and correct to the best of my knowledge and belief.

                                                                       /s/
                                          MATTHEW KOLONOSKI
                                          Special Agent
                                          Homeland Security Investigations

Attested to by the applicant in accordance with the requirements of Fed. R. Crim. P. 4.1 and 4(d) by telephone on this 10th day of September, 2025.

_____
HONORABLE ROBERT M. ILLMAN
United States Magistrate Judge

5