```
CRAIG H. MISSAKIAN (CABN 125202)
United States Attorney

MARTHA A. BOERSCH (CABN 126569)
Chief, Criminal Division

DANIEL N. KASSABIAN (CABN 215249)
Assistant United States Attorney

    450 Golden Gate Avenue, Box 36055
    San Francisco, California 94102-3495
    Telephone:  (415) 436-7034
    Fax:        (415) 436-7234
    daniel.kassabian@usdoj.gov

Attorneys for United States of America
```

FILED

Oct 10 2025

Mark B. Busby
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| UNITED STATES OF AMERICA, | ) NO. 4:25-MJ-71116-MAG |
|---|---|
| Plaintiff, | ) NOTICE OF DISMISSAL AND ORDER |
| v. | ) |
| CHEN SHEN, | ) |
| Defendant. | ) |

With leave of the Court, and pursuant to Federal Rule of Criminal Procedure 48(a), the United States Attorney for the Northern District of California dismisses the above-captioned Criminal Complaint against CHEN SHEN.

DATED: October 9, 2025

Respectfully submitted,

CRAIG H. MISSAKIAN
United States Attorney

/s/
MARTHA A. BOERSCH
Chief, Criminal Division

1  Leave is granted to the government to dismiss the Criminal Complaint against CHEN SHEN.

3  Date: October 10, 2025

_____
HON. DONNA M. RYU
Chief United States Magistrate Judge